Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JOHN SANTEE

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN SANTEE | Case No.: 2:19-cv-8019-AB (KSx) |
| Plaintiff. | **NOTICE OF SETTLEMENT** |
| v. | |
| SPEEDY CASH | |
| Defendant. | |

NOW COMES Plaintiff, JOHN SANTEE through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: November 12, 2019                    RESPECTFULLY SUBMITTED,

                                                By:<u>/s/ Matthew A. Rosenthal</u>
                                                   Matthew A. Rosenthal
                                                   Attorney for Plaintiff,
                                                   JOHN SANTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

        Jamie D. Wells
        McGuireWoods LLP
        Two Embarcadero Center
        Suite 1300
        San Francisco, CA 94111-3821
        T:   +1 415 844 1972
        M: +1 925 785 0654
        F:   +1 415 844 1915
        jwells@mcguirewoods.com
        Attorneys for Defendant,
        SPEEDY CASH

                                                By:<u>/s/ Matthew A. Rosenthal</u>
                                                   Matthew A. Rosenthal