UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SANTEE,<br><br>             Plaintiff,<br><br>v.<br><br>SPEEDY CASH,<br><br>             Defendant. | Case No.  CV 19-08019 AB (KSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 14, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE